FILED
CLERK, U.S. DISTRICT COURT

FEB 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )     CR 00-158-GPS
                                     )
          v.                         )     ORDER OF DETENTION AFTER HEARING
                                     )          (18 U.S.C. § 3142(i))
Antonio Arce-Serrano                 )
                                     )
                    Defendant.       )

I.

A.    ( )  On motion of the Government involving an alleged

      1.   ( )   crime of violence;

      2.   ( )   offense with maximum sentence of life
                 imprisonment or death;

      3.   ( )   narcotics or controlled substance offense with
                 maximum sentence of ten or more years (21
                 U.S.C. §§ 801,/951, et. seq.,/955a);

      4.   ( )   felony - defendant convicted of two or more
                 prior offenses described above.

B.    On motion (✓) (by the Government)/( ) (by the Court sua
      sponte involving)

      1.   (✓) serious risk defendant will flee;

1    2.   ( ) serious risk defendant will

2         a. ( ) obstruct or attempt to obstruct justice;

3         b. ( )threaten, injure, or intimidate a prospective

4              witness or juror or attempt to do so.

5                        *without prejudice that*

6    The Court finds no condition or combination of conditions will

7    reasonable assure:

8    A.   ( ✓ appearance of defendant as required; and/or

9    B.   ( ✓ safety of any person or the community;

10                        III.

11   The Court has considered:

12   A.   ( ✓ the nature and circumstances of the offense;

13   B.   ( ✓ the weight of evidence against the defendant;

14   C.   ( ✓ the history and characteristics of the defendant;

15   D.   ( ✓ the nature and seriousness of the danger to any

16        person or to the community.

17                        IV.

18   The Court concludes:

19   A.   ( ✓ Defendant poses a risk to the safety of other persons

20        or the community because: _____

21   _____ *criminal history* _____

22   _____

23   _____

24   _____

25   _____

26   _____

27   ///

28   ///

CR - 94 (02/94)        ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))        - 2 -

B.   ( ✓ ) History and characteristics indicate a serious risk that defendant will flee because: _____ *lack of mil resources ; nature of allegations in petition* _____

C.   ( ) A serious risk exists that defendant will:

    1.   ( ) obstruct or attempt to obstruct justice;

    2.   ( ) threaten, injure or intimidate a witness/ juror; because: _____

D.   ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e) *without prejudice*

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: _2/19/08_____

_____
U.S. MAGISTRATE JUDGE / DISTRICT JUDGE